KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZETTE COUVEE, | ) |
| Plaintiff, | ) CIVIL NO.  03-02141 PJH |
| v. | ) STIPULATION AND ORDER APPROVING COMPROMISE |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| Defendant. | ) |

The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay ONE THOUSAND SIX HUNDRED FIFTY TWO DOLLARS ($1,652.00), pursuant to the Equal access to Justice Act (EAJA), for attorney fees incurred in this court action.[1]  The check is to be payable to plaintiff's counsel:

JOHN C. WILLBRAND
2280 DIAMOND BLVD., SUITE 440
CONCORD, CA 94520
(925) 676-8800 FAX (925) 798-0637

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

---

1/.  This amount includes costs.

3.  Payment of the ONE THOUSAND SIX HUNDRED FIFTY TWO DOLLARS ($1,652.00), EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: August 30, 2004

/s/
JOHN C. WILLBRAND
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: August 30, 2004     By:     /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 10/4/05

_____
PHYLLIS J. HAMILTON
United States District Judge

COUVEE, EAJA STIP (jf)
C 03-02141 PJH                                      2